Robert A. Hoffman
Jeffrey B. Gittleman
**BARRACK, RODOS & BACINE**
49 Bridge Street
Lambertville, NJ 08530
(609) 773-0104

   -and-

Leonard Barrack
Jeffrey W. Golan
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600

*Attorneys for Lead Plaintiff, the Florida
State Board of Administration, and Lead
Counsel for Plaintiffs and the Class*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION SECURITIES LITIGATION | Master File No: 01-CV-0829 (KSH/MF) <br><br> **Electronically Filed** <br><br> **Oral Argument Requested** |

### LEAD PLAINTIFF'S NOTICE OF MOTION
### FOR PARTIAL SUMMARY JUDGMENT

TO:   COUNSEL FOR DEFENDANTS

**PLEASE TAKE NOTICE** that pursuant to the schedule for the filing of dispositive motions set forth in Case Management Order No. 7 dated October 2, 2007, Lead Plaintiff, the Florida State Board of Administration, by its undersigned counsel, hereby moves before the Honorable Katherine S. Hayden, United States District Judge, U.S. Post Office and Courthouse Building, Room 311, Newark, New Jersey 07101, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting partial summary judgment against defendants Thomas Kelly and Jack Wyszomierski.

In support of its motion, Lead Plaintiff relies on the accompanying Memorandum of Law, Lead Plaintiff's Local Rule 56.1 Statement of Undisputed Facts, the Declaration of Robert A. Hoffman and Lead Plaintiff's reply papers, if any.  A proposed form of Order has been submitted with this motion.

Dated:  December 7, 2007         Respectfully submitted,

                                 **BARRACK, RODOS & BACINE**

                                 By:   /s/ Robert A. Hoffman
                                       Robert A. Hoffman
                                       Jeffrey B. Gittleman
                                       49 Bridge Street
                                       Lambertville, NJ  08530
                                       (609) 773-0104

                                         - and-

1

2

          **BARRACK, RODOS & BACINE**
          Leonard Barrack
          Jeffrey W. Golan
          3300 Two Commerce Square
          2001 Market Street
          Philadelphia, PA  19103
          (215) 963-0600

*Attorneys for Lead Plaintiff, the Florida State Board of Administration, and Lead Counsel for Plaintiffs and the Class*